HELEN MORTON et al., Respondents, *v.* AMERICAN SECURITY AND TRUST COMPANY, as Trustee under the Will of ANNA L. MORTON, Deceased, et al., Respondents, and LEWIS P. MORTON et al., Appellants.

Argued October 7, 1937; decided November 16, 1937.

476

*Ralph Royall* and *Clinton D. Van Valkenburgh* for William H. Minor, Jr., appellant.

*Francis R. Appleton, Jr., C. C. Turner, Jr., T. F. Davies Haines* and *Gerhard R. Gerhard* for Lewis P. Morton et al., appellants.

*Walter D. Fletcher, Wm. M. Hobson* and *Atwood H. Miller* for plaintiffs, respondents.

*Joseph W. Goodwin* for Guy G. Rutherfurd, defendant, respondent.

*John Caldwell Myers* and *John M. Whelan* for Helen L. C. Eustis, defendant, respondent.

Judgment affirmed, with costs; no opinion. (See 276 N. Y. 601.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.